AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furman, Jesse M. | U.S. District Court, NY-S | 8/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York. NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor | Estate #1 |
| 2. Trustee | Irrevocable Trust #1 |
| 3. Trustee | Descendants Trust #1 |
| 4. Trustee | Descendants Trust #2 |
| 5. Trustee | Descendants Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furman, Jesse M. | 8/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▮▮▮▮▮▮▮▮ Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 8/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Flagstar Bank | Mortgage on rental property, Providence, RI (pt. VII, Line 18). Paid off on Sept. 2020. | J |
| 2. J.P. Morgan Chase | Secured Line of Credit | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | MF Est LLC | G | Dividend | P1 | U | | | | | |
| 2. | MF Est L.P. | B | Dividend | M | U | | | | | |
| 3. | 3750 Monroe Avenue Associates, LLC | A | Dividend | J | U | | | | | |
| 4. | Ashland Greenup LLC | A | Dividend | J | U | | | | | |
| 5. | AFMB Russell, LLC | D | Dividend | J | U | | | | | |
| 6. | Kim Fur Retail Holdings LLC | D | Dividend | P1 | U | | | | | |
| 7. | Southgate Associates LP | A | Dividend | J | U | | | | | |
| 8. | Peco Rho LLC | C | Dividend | M | U | | | | | |
| 9. | MJS Ponce II LP | A | Dividend | J | U | | | | | |
| 10. | MJS Ponce III LP | A | Dividend | J | U | | | | | |
| 11. | MFB Ashland Parcel 5 LLC | B | Dividend | J | U | | | | | |
| 12. | 319 Stanhope LLC | E | Dividend | M | U | | | | | |
| 13. | Rho Capital Partners 1999 LP | A | Dividend | M | U | | | | | |
| 14. | Jay Furman Family LLC | A | Dividend | L | U | | | | | |
| 15. | Jay Furman Investors LLC | D | Dividend | L | U | | | | | |
| 16. | Akiva Armon, Personal Loan - Note Receivable | | None | L | T | | | | | |
| 17. | Christina Ponsa, Personal Loan - Note Receivable | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furman, Jesse M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Rental Property, Providence RI (2011) ($305,000) | E | Rent | N | R | | | | | |
| 19. | Citibank - Checking & Savings | A | Interest | N | T | | | | | |
| 20. | Citibank - Checking | A | Interest | J | T | | | | | |
| 21. | J.P. Morgan - Checking | A | Interest | M | T | | | | | |
| 22. | J.P. Morgan - Brokerage (H) | | | | | | | | | |
| 23. | -Vanguard 500 Index-ADM | D | Dividend | O | T | | | | | |
| 24. | -Vanguard FTSE All World Ex-US Small Cap | D | Dividend | O | T | | | | | |
| 25. | -Vanguard European Stock Index-ADM | F | Dividend | P1 | T | | | | | |
| 26. | -iShares MSCI Emerging Market | B | Dividend | L | T | | | | | |
| 27. | -Vanguard FTSE All World Ex-US | D | Dividend | O | T | | | | | |
| 28. | -US Dollar JPM Deposit Sweep | A | Interest | P1 | T | | | | | |
| 29. | -JPM Ultra Short Muni Fund | B | Dividend | N | T | | | | | |
| 30. | -Vanguard Total Bond Market index - ADM | B | Dividend | L | T | | | | | |
| 31. | J.P. Morgan - CMAP | A | Interest | M | T | Buy | 12/02/20 | P1 | | |
| 32. | US Dollar JPM Deposit Sweep (Inherited IRA) | A | Interest | M | T | | | | | |
| 33. | Vanguard 500 Index-ADM (IRA #1) | A | Dividend | L | T | | | | | |
| 34. | Vanguard 500 Index-ADM (IRA #2) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard (IRA #3) (H) | | | | | | | | | |
| 36. -Vanguard Long-Term Bond Index Fund | D | Dividend | M | T | | | | | |
| 37. -Vanguard Intermediate-Term Bond Index Fund | C | Dividend | M | T | | | | | |
| 38. -Vanguard Extended Market Index Fund | C | Dividend | M | T | | | | | |
| 39. -Vanguard Inst Index Fund | D | Dividend | M | T | | | | | |
| 40. MassMutual (IRA #4) (H) | | | | | | | | | |
| 41. -SF Guaranteed | A | Interest | K | T | | | | | |
| 42. -BlackRock iShrs US Ag Bd In Fd | A | Dividend | L | T | | | | | |
| 43. -MM S&P 500 Index Fd (Nrthrn Tr) | B | Dividend | M | T | | | | | |
| 44. -MM S&P Md Cp Indx Fd (Nrtn Tr) | A | Dividend | K | T | | | | | |
| 45. -MM Rsl 2000 SmCp Idx Fd (N Tr) | A | Dividend | L | T | | | | | |
| 46. -MM MSCI EAFE Intl Idx Fd(N Tr) | B | Dividend | L | T | | | | | |
| 47. MFB IV, Personal Loan - Note Receivable | A | Interest | P1 | T | | | | | |
| 48. Estate #1 (H) | | | | | | | | | |
| 49. -J.P. Morgan (Checking) | A | Interest | O | T | | | | | |
| 50. -J.P. Morgan (Savings) | A | Interest | P1 | T | | | | | |
| 51. -JPM 100% US Treasury FD Premier fund | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52.   -US Dollar JPM Deposit Sweep | A | Interest | J | T | | | | | |
| 53.   -Greycroft Managers II, LLC | A | Int./Div. | M | U | | | | | |
| 54.   -Greycroft Managers III, LLC | A | Int./Div. | M | U | | | | | |
| 55.   -Greycroft Growth, LLC | A | Int./Div. | M | U | | | | | |
| 56.   -Greycroft Partners Annex Fund, L.P. | E | Distribution | M | U | | | | | |
| 57.   -Greycroft Partners II, L.P. | A | Distribution | N | U | | | | | |
| 58.   -Greycroft Partners III, L.P. | F | Distribution | O | U | | | | | |
| 59.   -Greycroft Growth, L.P. | E | Distribution | O | U | | | | | |
| 60.   -Frontier Payments LLC | C | Distribution | J | U | | | | | |
| 61.   -Hunting Lane SPV I, LLC | C | Distribution | J | U | | | | | |
| 62.   -Rho Ventures IV (QP), L.P. | A | Distribution | L | U | | | | | |
| 63.   -Sterling American IV-B, LP | A | Distribution | J | U | | | | | |
| 64.   -Property 1, NY, NY (10/21/19) | | None | P1 | Q | | | | | |
| 65.   -Property 2, NY, NY | | None | | | Sold | 09/16/20 | N | | Gabriella Centurion |
| 66.   Irrevocable Trust #1 (H) (X) | | | | | | | | | |
| 67.   -J.P. Morgan Account (X) | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Furman, Jesse M.** | 8/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2020 K-1 statements for MF Est. LLC, MF Est. L.P, 3750 Monroe Avenue Associates LLC,  KIM-FUR Retail Holdings LLC, Soughtghate Associates LP, MJS Ponce II LP, MJS Ponce III LP, Stanhope LLC,  Rho Capital Partners 1999 L.P., Jay Furman Family LLC, and Jay Furman Investors LLC are not yet available; accordingly, the 2019 K-1 statements were used.

With respect to the assets of Estate #1: (1) The 2020 K-1 Statement for Hunting Lane SPV I is not yet available; accordingly, the 2019 K-1 was used.  (2) The 2020 1099s for Greycroft Managers II LLC, Greycroft Managers III LLC, and Greycroft Growth could not be located; accordingly, the 2019 1099s and estimated values were used.  (3) The Frontier Payments, LLC K-1 could not be located; accordingly, estimated values were used.

Descendants Trusts #1, #2 and #3 have not been funded yet.  As such, no reportable assets are included in Part VII for these Trusts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jesse M. Furman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544